**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**PETER T. REAGAN, et al.**                                                                 **PLAINTIFFS**

       **v.**            Civil No. 05-5045

**CITY OF FAYETTEVILLE, AR**                                                              **DEFENDANT**

## O R D E R

Now on this 22nd day of September, 2005, comes on for consideration the parties' **Joint Motion For Approval Of Settlement And Dismissal Of Suit** (document #22), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

**IT IS THEREFORE ORDERED** that the Settlement Agreement appended to the Joint Motion For Approval Of Settlement And Dismissal Of Suit filed herein on September 14, 2005, is hereby approved, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                                   **/s/ Jimm Larry Hendren**
                                                          **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**